# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 MAR -6 PM 2:45

BY_____ KNK

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 0721**

The person charged as __ARCE, Michael__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Western__ District of __Texas__ on __01/08/08__ with: __Title 18 USC 13 Section 46.02 Texas Penal__ in violation of:

**Unlawful carrying weapon at Lackland Air Force Base, TX**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __03/06/08__

_____Steve Chaco_____
CI-Deputy United States Marshal

Reviewed and Approved
DATE: 06 March 08

_____
Assistant United States Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

United States of America

vs.

(1) Michael Arce
*Defendant*

**WARRANT FOR ARREST**

Case Number: SA:07-M-00696(1) NSN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____(1) Michael Arce_____
                                                    *Name*

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[ ] Indictment  [X] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense): Unlawful carrying weapon at Lackland Air Force Base, Texas.

RECEIVED
USMS W/TX (80)
JAN 8 2008
WARRANTS
SAN ANTONIO

in violation of Title  18  United States Code, Section(s)  13 (involving Sec. 46.02, Texas Penal Code)

NANCY STEIN NOWAK
*Name of Issuing Officer*

_[signature]_
*Signature of Issuing Officer*

U.S. MAGISTRATE JUDGE
*Title of Issuing Officer*

01/08/2008   SAN ANTONIO, TEXAS
*Date and Location*

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2007 NOV -1 P 12: 30

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. |
| Plaintiff | ) SA 07-696MJ-NSN |
| | ) INFORMATION |
| v. | ) |
| | ) [VIO: Count One - Title 18, U.S.C., |
| MICHAEL ARCE, | ) Section 13, (Involving Section 46.02 |
| | ) Texas Penal Code); Unlawful |
| | ) Carrying Weapons] |
| Defendant | ) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
[Title 18 USC 13, (involving Section 46.02 T.P.C.)]

On or about September 4, 2007, at Lackland Air Force Base, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States, the Defendant,

**MICHAEL ARCE,**

did intentionally and knowingly carried on or about his person a concealed handgun, an illegally weapon forbidden on a government installation, Lackland Air Force Base, Texas, in violation of Title 18 United States Code, Section 13 (Involving Section 46.02 Texas Penal Code).

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

MARY NELDA G. VALADEZ
Assistant United States Attorney

A true copy of the original, I certify.
Clerk, U.S. District Court

By_____
        Deputy

By: DAVID J. MOUSSETTE
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Lackland AFB, Texas 78236
671-3363- fax 671-3467
TX BAR 24000367

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2007 NOV -1 P 12:30
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO.: |
| Plaintiff ) | SA 07-696MJ-NSN |
| ) | |
| v. ) | |
| ) | |
| MICHAEL ARCE, ) | |
| Defendant ) | |

## AFFIDAVIT

I, Wesley V. Bair, Jr., being a law enforcement officer and having read and reviewed the report(s) of Security Forces members TSgt Jantzen Duran, TSgt Jason Lavoie, and A1C Terril Moungo, do hereby state and depose as follows:

On or about 4 September, 2007, on Lackland Air Force Base, within the special maritime and territorial jurisdiction of the United States and in the Western District of Texas, the Defendant, Michael Arce, entered Burger King (Building 1286). A1C Moungo, Security Forces, noticed what appeared to be the end of a holster on the right side waistline of Defendant's pants. A1C Moungo approached the Defendant and asked if he was carrying a gun. The Defendant admitted having a handgun on his person. A1C Moungo then asked the Defendant if he had the proper credentials to carry a concealed handgun. Defendant produced a retired Air Force ID card but no credentials for carrying the handgun. A1C Moungo seized a loaded Taurus 38 special handgun from the Defendant outside of Burger King. Defendant agreed to a search of his vehicle which yielded a loaded Mossberg shotgun, a flare gun and ammunition. Warning signs regarding weapons on Federal installations are posted at entrances to the base. Even if Defendant had a concealed weapon permit issued by the state of Texas or any other state, it does not apply on Federal installations. After advisement of his 5th Amendment rights, Defendant declined to make a statement and asked for a lawyer.

The foregoing is true and correct to the best of my knowledge, information and belief.

Wesley V. Bair, Jr. Detective
37th SFS/Criminal investigations

SUBSCRIBED TO AND SWORN BEFORE ME on this the 31 day of October, 2006.

_Maria V. DeLeon_
Maria V. DeLeon
Notary Public

Probable cause found: __X__

No probable cause found: _____

DATE: 11-5-07

_[signature]_
UNITED STATE MAGISTRATE JUDGE