# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 08mj0721
            )
   vs       )  ABSTRACT OF ORDER
            )
Michael Price )  Booking No. _____
            )
            )
            )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3-6-08__
the Court entered the following order:

___X___ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___X___ Defendant released on $ __5,000 P/S__ bond posted.

___X___ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
         _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___X___ Other. Dft to self-surrender to Western Dist of TX by 3/20/08

Received _____
         DUSM

UNITED STATES MAGISTRATE JUDGE
                OR
by   CATHY ANN BENCIVENGO
     Deputy Clerk

Crim-9  (Rev 6-95)                    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY