FILED

MAR - 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **08MJ0721** |
| Plaintiff, ) | |
| ) | **ORDER OF REMOVAL** |
| vs. ) | **(Defendant Not in Custody)** |
| ) | |
| **MICHAEL ARCE,** ) | |
| Defendant. ) | |

An information having been filed in the Western District of Texas, charging defendant **MICHAEL ARCE** with unlawful caring weapons at Lackland Air Force Base, Texas, in violation of Title 18, United States Code, Section 13 (involving section 46.02 Texas Penal Code). Defendant **MICHAEL ARCE** was arrested on March 6, 2008, in the Southern District of California, pursuant to the out of district arrest warrant related to said information. Defendant **MICHAEL ARCE** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **MICHAEL ARCE**, appear before the United States Magistrate Judge in the Western District of Texas, San Antonio Division, on Thursday, March 20, 2008 for further proceedings.

Dated: 3/6/08

HONORABLE CATHY A. BENCIVENGO
United States Magistrate Judge
**Southern District of California**

Order of Removal/Revised 12/02