# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900

FILED

08 MAR 25 PM 4: 56

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

BY: ___

Received ___ 3-14-08

Clerk, U. S. District Court
Western District of Texas

By ___
Deputy

March 10, 2008

Clerk, U.S. District Court
Western Texas
655 East Durango Blvd. Room G65
San Antonio, TX 78206

   Re:   08mj721, USA v. Arce

Dear Clerk of the Court:

   Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | ___ | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | X | Waiver of Removal |
| ✕ | Personal Surety Bond | | |
| ___ | Other | _____ | |

   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court   J. PARIS

By: _____
, Deputy Clerk